```
                                    FILED
                          CLERK, U.S. DISTRICT COURT

                             APR 12 2010

                       CENTRAL DISTRICT OF CALIFORNIA
                       BY              DEPUTY
```

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| JAMEL LARON YOUNG,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>MICHAEL MARTEL, Warden,<br><br>　　　　Respondent. | Case No. CV 09-02804 DSF (AN)<br><br>ORDER APPROVING AND ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has conducted a de novo review of the filing in this action, including the Magistrate Judge's Report and Recommendation ("R&R"), which Petitioner did not object to despite being given the time and opportunity to do so.

IT IS ORDERED THAT:

1.　　The R&R is approved and adopted.

2.　　Judgment shall be entered denying the Petition and dismissing this action with prejudice.

3.　　Any pending motions are denied as moot and are terminated.

IT IS FURTHER ORDERED that the Clerk of the Court shall serve a copy of this Order and the Judgment on all counsel or parties of record.

Dated: April 12, 2010

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　DALE S. FISCHER
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE