FILED
CLERK, U.S. DISTRICT COURT
APR 1 2 2010
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JAMEL LARON YOUNG,<br><br>    Petitioner,<br><br>    v.<br><br>MICHAEL MARTEL, Warden,<br><br>    Respondent. | Case No. CV 09-02804 DSF (AN)<br><br>JUDGMENT |

    IT IS HEREBY ADJUDGED AND DECREED THAT the petition is dismissed with prejudice for the reasons set forth in the Court's accompanying Order approving and adopting the Magistrate Judge's Report and Recommendation.

Dated: April 12, 2010

                                        /s/ Dale S. Fischer
                                        DALE S. FISCHER
                                        UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
APR 1 2 2010
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY